1016

[No. 30838-6-I.   Division One.   August 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY RAY MORRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04481-0, Richard M. Ishikawa, J., entered June 8, 1992. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 30800-9-I.   Division One.   August 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN L. MERCHANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04722-3, Anthony P. Wartnik, J., entered June 12, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 15604-1-II.   Division Two.   August 8, 1994.]

DOROTHY D. HANSON, *Appellant*, v. RANDY WILSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-04469-0, Nile E. Aubrey, J., entered December 27, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 15846-9-II.   Division Two.   August 8, 1994.]

DOUGLAS PAUL JARVIS, *Respondent*, v. VICKIE LOUISE JARVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 271913, Terry D. Sebring, J., entered February 14, 1992. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Alexander, J.